**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMY GUTIERREZ, | ) NO. CV 11-4229-DDP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RANDY GROUNDS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED 5-13-2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE